[No. 3658.  Decided January 11, 1902.]

STATE OF WASHINGTON *ex rel. Henry Howard, Respondent, v.* CHARLES A. COLE, *Sheriff of Spokane County, Appellant.*

Appeal from Superior Court, Spokane County.—Hon. WILLIAM E. RICHARDSON, Judge.  Appeal dismissed.

*Lewis & Lewis,* for appellant.

*R. L. Edmiston* and *W. T. Birdsall,* for respondent.

PER CURIAM.—The subject of the controversy in this action which is mandamus to compel the sheriff to proceed under an execution, was disposed of in the case of *Ross v. Howard,* 25 Wash. 1 (64 Pac. 794), and the appeal in this cause is therefore dismissed.